UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA,

              v.                        17-cr-724 (JSR)

CLEAMENT FRANCE,
                                        ORDER
         Defendant.
```

JED S. RAKOFF, U.S.D.J.

On March 5, 2024, the Court held a violation of supervised release hearing. At the close of the hearing, the Court found the Government had proven specifications 1, 2, 3, 4, 5, 10, and 11, but asked for further briefing on specifications 6, 7, 8, and 9. 3/5/24 Hearing Transcript ("Tr.") 141:9-22, 142:11-15, 143:10-16, ECF No. 49. Upon consideration of the parties' written submissions and the evidence presented at the hearing, the Court finds that the Government has failed to prove by a preponderance of the evidence specifications 6, 7, 8, and 9. An Opinion explaining the reasons for this ruling will issue in due course. The parties are directed to promptly call Chambers to set a sentencing date, which is to occur within the next week.

SO ORDERED.

Dated:    New York, NY

          April 15, 2024            JED S. RAKOFF, U.S.D.J.